UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

**SHELDON KRIEGEL** *ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

      **Plaintiffs,**

-v-

**BANK OF AMERICA CORPORATION**

      **Defendants.**

Case No.07-CV-08299(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

  The Court having been advised the parties wish to voluntarily discontinue this action; it is hereby

  **ORDERED** that the complaint filed in the above-captioned matter be and is hereby dismissed in its entirety without prejudice and without costs.

Dated: December 21, 2007
New York, New York

SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE